UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE LAWSON,<br><br>        Plaintiff,<br><br>   v.<br><br>TEHAMA COUNTY, et al.,<br><br>        Defendants. | No. 2:17-cv-1276 TLN GGH PS<br><br><br>ORDER |

Pursuant to a stipulation of the parties, defendants have requested an extension of time to respond to the Complaint in this matter.

Good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Defendants shall have until August 10, 2017 to respond to the Complaint.

**IT IS SO ORDERED**.

Dated: July 31, 2017

                                        /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE