UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE LAWSON<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TEHAMA COUNTY, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1276 TLN GGH<br><br><br><br>ORDER |

Plaintiff, appearing in pro se, seeks permission for leave to file through the e-filing system of the court. Plaintiff must first prepare a statement showing that he has reviewed the terms and conditions for such leave, as reflected in Eastern District of California Local Rules 100(f), 101 and 133(b)(2)-(3), which are available on line and in the Court Clerk's office on the 4th Floor of the courthouse at 501 I Street, Sacramento, California.

With the foregoing in mind, IT IS THEREFORE ORDERED THAT

1. The plaintiff shall certify in writing that he has reviewed and understands the rules for pro se use of electronic filing as described in this Order and present it to the Clerk of the Court;

2. The Clerk of the Court shall thereafter accept an email address that will be used in electronic filing matters and permit the plaintiff to thereafter file using the ECF system.

////

////

1

3. Plaintiff is warned that unwarranted, voluminous filings and filings of unnecessary length will result in a withdrawal of plaintiff's e-filing status.

**IT IS SO ORDERED.**

Dated: July 31, 2017

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE