UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE LAWSON, | No. 2:17-cv-1276 TLN GGH |
| Plaintiff, | |
| v. | ORDER |
| TEHAMA COUNTY, et al., | |
| Defendants. | |

Plaintiff appears in this action in pro se. On August 1, 2017 this court entered an Order extending the time for defendants to respond to the complaint to August 10, 2017, ECF No. 11, pursuant to a stipulation among the parties filed on July 25, 2017. ECF No. 9. Upon review it is clear that this extension was sought only by defendants Tehama County, Deputy Sheriff Buck Squire, Deputy Sheriff Jerry Jungwirth, Tehama County Agents Keith Curl and Clinton Weston. ECF No. 9.

It has come to the court's attention that a second stipulation was entered on July 24, 2017, seeking an extension of time until August 24, 2017 and executed by plaintiff and defendant Roger Meyer.

In light of the foregoing, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. All Defendants shall respond to the Complaint on or before August 24, 2017.

1

2. If either or both of the responses are Motions to Dismiss plaintiff shall have 30 days from the receipt of the response to oppose the motion(s).

**IT IS SO ORDERED**.

Dated: August 7, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE