UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE LAWSON,<br><br>             Plaintiff,<br><br>   v.<br><br>TEHAMA COUNTY, et al.,<br><br>             Defendants. | No. 2:17-cv-01276-TLN-GGH<br><br><br>ORDER |

Defendant Roger Meyer seeks an Order granting his request for a substitution of counsel to represent him in the above-captioned matter. ECF No. 24. The request contains all of the signatures required for substitution to take place.

Therefore, pursuant to Eastern District of California Local Rule 182(g), and in light of the foregoing defendant Roger Meyer's Substitution of Counsel is granted. Steve McCarthy, McCarthy & Rubright LLP, are hereby withdrawn as counsel of record for defendant to be replaced by Gordon W. Bowley of the law firm of Powers Miller; Steve McCarthy and McCarthy & Rubright, LLP shall have no further responsibilities with regard to this matter.

Dated: December 18, 2017

                                            /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE