UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE LAWSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEHAMA COUNTY, et al.,<br><br>　　　　　Defendants, | No. 2:17-cv-01276-TLN-GGH<br><br><br>ORDER |

Plaintiff appears in this civil rights matter pro se. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On January 29, 2018, following a hearing, the magistrate judge filed findings and recommendations herein, which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 33.) Defendants have filed objections to the findings and recommendations. (ECF No. 35.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's First and Fifth Amendment claims are dismissed without leave to amend;

2. Plaintiff's procedural Due Process claim is dismissed without leave to amend if, indeed, one has been alleged at all;

3. Plaintiff's Fourth Amendment claim is dismissed with leave to amend, in conformity with the discussion in the findings and recommendations, within 20 days of the date this Order is filed; and[1]

4. With respect to Plaintiff's Fourteenth Amendment Equal Protection and substantive Due Process claims, Defendants' motion to dismiss is DENIED.

Dated: March 15, 2018

Troy L. Nunley
United States District Judge

---

[1] Plaintiff filed a second amended complaint before Defendants filed their objections. (ECF No. 34.)