UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE LAWSON,<br><br>        Plaintiff,<br><br>    v.<br><br>TEHAMA COUNTY, et al.,<br><br>        Defendants. | No. 2:17-cv-01276-TLN-GGH<br><br><br><br>ORDER |

    Plaintiff appears in this civil rights matter pro se. Pending before the court is a Motion to Dismiss plaintiff's second amended complaint, ECF No. 34, filed by defendants Tehama County, Keith Curl, Jerry Jungwirth, Buck Squire and Weston. ECF No. 36. The matter was noticed to this court's law and motion calendar for hearing on April 5, 2018.

    Under Eastern District of California Local Rule 230(c) plaintiff's opposition or a statement of non-opposition to the Motion to Dismiss was to be filed "not less than fourteen (14) days preceding the noticed . . . hearing date," or, in this case, on or before March 22, 2018. Plaintiff filed no opposition and no statement of non-opposition.

    As a consequence this court will remove the matter from the April 5, 2018 calendar and take the matter under submission for decision based solely on the Memorandum of Points and Authorities filed by moving defendants.

    In light of the foregoing IT IS HEREBY ORDERED that:

    1.        The Clerk of the Court shall vacate the hearing on defendants' motion to

1

dismiss  from the court's April 5, 2018 calendar;

    2.    The motion shall be taken under submission for resolution by a written order.

**IT IS SO ORDERED.**

Dated: March 30, 2018

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE